**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
RAFAEL GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            **Plaintiff,**<br><br>vs.<br><br>**RAFAEL GARCIA,**<br><br>            **Defendant.** | Case No.: 1:18-CR-00055 LJO/SKO<br><br>**STIPULATION AND ORDER TO DESIGNATE NEW PROPERTY FOR TOTAL EQUITY PROPERTY BOND** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Brian Delaney, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant, Rafael Garcia, as follows:

That on March 12, 2018, the defendant was ordered released with conditions. Among those conditions was that a full value property bond of not less than $50,000 be posted on property owned by Petra Vega.

That the property owned by Petra Vega proposed as security for the bond proved inadequate for the bond.

That a new property owned by the Defendant's father, Rafael Garcia, Sr., is now being proposed to serve as security for the bond. The property is the residence of Mr. Garcia, Sr. and is located 4507 Earl Avenue, Bakersfield, California 93306-6457.

That the new property has an appraised value of $127,000. The mortgage balance is $21,434.01 leaving total equity at $105,565.99.

That AUSA Delaney has been provided with all documents relative to the new property.

That Pretrial Services has been notified of this proposed order.

THEREFORE, IT IS STIPULATED that the new property described above be designated security for the property bond and that all other conditions of released stay the same.

Dated: June 4, 2018  McGREGOR W. SCOTT
United States Attorney


By   /s/  *Brian Delaney*
BRIAN DELANEY
Assistant United States Attorney

Dated:  June 4, 2018  Respectfully submitted,



By   /s/  *Dale A. Blickenstaff*
DALE A. BLICKENSTAFF, Attorney for
RAFAEL GARCIA


## **ORDER**

That item (l) of the ADDITIONAL CONDITIONS OF RELEASE be amended to read as follows:

The Defendant must execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any and of the conditions of release, the following sum of money or designated property:  Total equity property bond, not less than $50,000, secured by property owned by Rafael Garcia, Sr.  All other CONDITIONS OF RELEASE to remain the same.

IT IS SO ORDERED.

Dated: **June 4, 2018**        /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO DESIGNATE NEW PROPERTY FOR TOTAL EQUITY PROPERTY BOND
3