**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
RAFAEL GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00055 LJO/SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | DATE: February 25, 2019 |
| RAFAEL GARCIA, | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between McGregor Scott, United States Attorney and Brian Delaney, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for the Defendant, that the hearing date set for January 14, 2019, at 8:30 a.m. before the Honorable Lawrence J. O'Neill be continued to February 25, 2019, at 8:30 a.m.

The Defendant is scheduled to have abdominal surgery to correct his diverticulitis on January 10, 2019 in Bakersfield. His surgeon expects his recovery period to be approximately three weeks. A continuance will allow the Defendant to have the surgery, have adequate time to recover and then attend his change of plea hearing on February 25, 2019, at 8:30 a.m.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the Defendant may have reasonable

time for effective preparation, taking into account the exercise of diligence. 18 U.S.C. 3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

Dated: January 7, 2019                Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      By    /s/ Brian Delaney
                                      BRIAN DELANEY, AUSA


                                      By    /s/ Dale A. Blickenstaff
                                      DALE A BLICKENSTAFF, Attorney for Defendant,
                                      RAFAEL GARCIA

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the hearing in this case. Good Cause appearing, the hearing is as to Rafael Garcia currently set for January 14, 2019, is continued to February 25, 2019, at 8:30 a.m.


IT IS SO ORDERED.

Dated:   **January 7, 2019**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE