**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
RAFAEL GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00055 LJO/SKO |
| Plaintiff, | **APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENTS AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER THERETO** |
| vs. | |
| **RAFAEL GARCIA,** | |
| Defendant. | |

Defendant, RAFAEL GARCIA, JR., hereby requests that this court order the exoneration of the $105,564.99 Deed of Trust with Assignment of Rents currently on file with the Kern County Assessor-Recorder as Document No. 218074902.

On June 4, 2018, a total equity property bond was ordered in the above captioned matter, to be secured by the property of Rafael Garcia, Sr., Defendant's father. On June 15, 2018, a Deed of Trust with Assignment of Rents in the amount of $105,564.99 was filed with the Kern County Assessor-Recorder as Document No. 218074902 on the property of Rafael Garcia, Sr. On May 20, 2019, Defendant, RAFAEL GARCIA, JR., appeared in the Eastern District of California before Chief District Court Judge Lawrence J. O'Neill, and was sentenced to 120 months in the custody of the Bureau of Prisons and was immediately taken into custody. Therefore, since Defendant, RAFAEL GARCIA, JR., has satisfied the conditions of release in

the Eastern District of California, he requests that the Deed of Trust (Document No. 218074902) now on file with the Kern County Assessor-Recorder, be exonerated and title of the real property described therein be reconveyed to Rafael Garcia, Sr.

Dated: May 23, 2019     Respectfully submitted,

By    /s/ *Dale A. Blickenstaff*
DALE A. BLICKENSTAFF, Attorney for
RAFAEL GARCIA, JR.

## **ORDER**

IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on June 15, 2018, with the Kern County Assessor-Recorder as Document No. 218074902, be exonerated and that title to the property described therein be reconveyed to Rafael Garcia, Sr.

IT IS SO ORDERED.

Dated: **May 23, 2019**         **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE