HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00055-JLT-SKO |
| Plaintiff, | STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| RAFAEL GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Rafael Garcia, that Special Condition 5 of Mr. Garcia's supervised release, initially imposed on May 20, 2019, be modified in accordance with the below. Specifically, the parties agree that Special Condition 5 which currently provides that Mr. Garcia "shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale," *see* Dkt. #34, be modified to state that Mr. Garcia "shall refrain from excessive use of alcohol."

Mr. Garcia was released to home confinement on December 16, 2024. He completed serving his sentence and began his term of supervised released on September 8, 2025. Mr. Garcia has been in compliance with the terms and conditions of his supervised release and he is

employed. Prior to sentencing in his case, Mr. Garcia also successfully complied with all of the terms and conditions of his pretrial release between March 12, 2018, and May 20, 2019. *See* Dkt. #8 and Dkt. #30. Given the dated history of any alcohol use issues and his compliance with the conditions of his pretrial and supervised release, the parties are in agreement to modify Special Condition 5 of his supervised release in accordance with the above.

All other terms and conditions of Mr. Garcia's supervised release, previously imposed, shall remain in full force and effect.

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated: December 16, 2025   */s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 16, 2025   */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorneys for Defendant
RAFAEL GARCIA

# **O R D E R**

IT IS SO ORDERED. The above term and condition of Mr. Garcia's supervised release, previously imposed on May 20, 2019, is hereby modified as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 17, 2025**

_____
UNITED STATES DISTRICT JUDGE